Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KATIE GNAGY-MELENDEZ, | CASE NO. 2:17-cv-07986-PJW |
| Plaintiff, | **JUDGMENT** |
| vs. | Trial Date: None Set |
| OXNARD UNION HIGH SCHOOL DISTRICT, | |
| Defendant. | |

Having received notice of acceptance of Defendant Oxnard Unified School District's Offer of Judgment pursuant to Federal Rules of Civil Procedure Rule 68(a) on November 30, 2017 [ECF Dkt. No. 6],

**IT IS ORDERED AND ADJUDGED** that the Clerk enter judgment in this matter against Defendant in the amount of $120,000**.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, except as set forth herein, each party shall bear its own attorneys' fees and costs in connection with this action.

/ / /

/ / /

**IT IS SO ORDERED AND ADJUDGED.**

DATED: December 18, 2017

*Patrick J. Walsh*

Hon. Patrick J. Walsh
United States District Court Judge